# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| ANH BI LEE, a/k/a Anh Bi Le, | ) ) ) | |
| Petitioner, | ) ) | CASE NO.   C06-1666-JCC-MJB (CR04-180C) |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | ORDER DENYING § 2255 MOTION |
| Respondent. | ) ) | |

The Court, having reviewed petitioner's § 2255 motion, the government's answer and supplemental answer, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, Petitioner's objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion is DENIED and this action is DISMISSED with prejudice.

(3) The Clerk is directed to send a copy of this Order to the parties and to Judge Benton.

DATED this 29th day of April, 2008.

*/s/ John C. Coughenour*
John C. Coughenour
United States District Judge

ORDER DENYING § 2255 MOTION