UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANH BI LEE, a/k/a AHN BI LE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. C06-1666-JCC

ORDER

    This matter comes before the Court on Petitioner's motion for a Certificate of Appealability ("COA") of the April 29, 2008 Order adopting Magistrate Judge Benton's Report and Recommendation and denying Petitioner's petition for a writ of habeas corpus. (Dkt. No. 34.) Having considered Petitioner's motion[1] and the record in this case, the Court hereby GRANTS the motion as follows.

    Under the Antiterrorism and Effective Death Penalty Act, an unsuccessful habeas petitioner must first obtain a COA before he may appeal a district court's denial of habeas relief to the Court of Appeals. 28 U.S.C. § 2253(c). To obtain a COA, the petitioner must make a "substantial showing of the denial of a constitutional right." *Id.* § 2253(c)(2). This standard requires that the petitioner demonstrate that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been

---

[1] The Government did not file a response.

ORDER – 1

resolved in a different manner *or* that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (emphasis added, quotation marks omitted).

While the Court concluded that, on this record, Petitioner failed to meet the standard set forth in *Strickland v. Washington*, 466 U.S. 668 (1984), for claims of ineffective assistance of counsel, the question that Petitioner raises, regarding the Sixth Amendment and the use of translators when defense counsel communicates with clients who are not native English speakers, is important and deserves encouragement to proceed further. To this end, the Court GRANTS Petitioner's Motion on the issue of whether the *Strickland* test has been satisfied on the record here.

SO ORDERED this 10th day of June, 2008.

John C. Coughenour
United States District Judge

ORDER – 2